JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMIREZ RAUL,<br>Petitioner,<br>v.<br>DHS OPLA, et al,<br>Respondents. | Case No. 5:26-cv-02567-SRM-AYP<br><br>**JUDGMENT** |

Pursuant to this Court's Order Accepting In Part and Rejecting In Part Findings, Conclusions and Recommendations of United States Magistrate Judge, (1) the Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 ("Petition") is GRANTED; and (2) the Clerk shall enter Judgment accordingly.

Dated: September 4, 2026

HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE